U.S. Bankruptcy Court District of Maryland

In re:  James Arthur Nelson              Case:  14-23965

Chapter 13 Payment Plan - AMENDED

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee the sum of $1,000 for the first 12 months, $3,000 for the following 12 months and $5,000 for the final 12 months.
2. Funds are to be distributed by the Trustee to one secured creditor, PNC Bank
3. The debtor has no unsecured creditors.

Year 1:

| Month | Amount |
| --- | --- |
| November 2014 | 1000.00 |
| December 2014 | 1000.00 |
| January 2015 | 1000.00 |
| February 2015 | 1000.00 |
| March 2015 | 1000.00 |
| April 2015 | 1000.00 |
| May 2015 | 1000.00 |
| June 2015 | 1000.00 |
| July 2015 | 1000.00 |
| August 2015 | 1000.00 |
| September 2015 | 1000.00 |
| October 2015 | 1000.00 |
| TOTAL YEAR 1 | 12000.00 |

James A Nelson
10-20-2014

U.S. Bankruptcy Court District of Maryland

In re: James Arthur Nelson          Case: 14-23965

Chapter 13 Payment Plan - AMENDED

Year 2:

| | |
|---|---|
| November 2015 | 3000.00 |
| December 2015 | 3000.00 |
| January 2016 | 3000.00 |
| February 2016 | 3000.00 |
| March 2016 | 3000.00 |
| April 2016 | 3000.00 |
| May 2016 | 3000.00 |
| June 2016 | 3000.00 |
| July 2016 | 3000.00 |
| August 2016 | 3000.00 |
| September 2016 | 3000.00 |
| October 2016 | 3000.00 |
| TOTAL YEAR 2 | 36000.00 |

Year 3:

| | |
|---|---|
| November 2016 | 5000.00 |
| December 2016 | 5000.00 |
| January 2017 | 5000.00 |
| February 2017 | 5000.00 |
| March 2017 | 5000.00 |
| April 2017 | 5000.00 |
| May 2017 | 5000.00 |
| June 2017 | 5000.00 |
| July 2017 | 5000.00 |
| August 2017 | 5000.00 |
| September 2017 | 5000.00 |
| October 2017 | 5000.00 |
| TOTAL YEAR 3 | 72000.00 |

Total 3-year payment amount:          $120,000.00

_James A Nelson_          10-20-2014